IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00259-MR-WCM

| | |
|---|---|
| JOHN P. MIALL, JR.; ) <br> ROBYN HITE; ) <br> DAVID SHAW; ) <br> DANIE JOHNSON; and ) <br> WILLA GRANT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF ASHEVILLE; ) <br> DEBRA CAMPBELL ) <br> *in her official capacity as City* ) <br> *Manager of the City of Asheville*; and ) <br> ESTHER MANHEIMER ) <br> *in her official capacity as* ) <br> *Mayor of the City of Asheville*, ) <br> ) <br> Defendants. ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Jessica Thompson. The Motion indicates that Ms. Thompson, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that she seeks the admission of Andrew R. Quinio, who the Motion represents as being a member in good standing of the Bar of California. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** Andrew R. Quinio to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 6, 2023

W. Carleton Metcalf
United States Magistrate Judge