# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| JOHN P. MIALL, JR., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00259-MR-WCM |
| CITY OF ASHEVILLE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs John P. Miall, Jr., Robyn Hite, David Shaw, Danie Johnson, and Willa Grant                  .

Date:     05/15/2024

/s/ Adam F. Griffin
*Attorney's signature*

Adam F. Griffin, N.C. Bar No. 55075
*Printed name and bar number*

Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

*Address*

agriffin@pacificlegal.org
*E-mail address*

(202) 888-6881
*Telephone number*

(916) 419-7747
*FAX number*