UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JOHN P. MIALL, JR., ROBYN HITE, DAVID SHAW, WILLA GRANT, and DAVID EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ASHEVILLE, DEBRA CAMPBELL, in her official capacity as City Manager of the City of Asheville, and ESTHER MANHEIMER, in her official capacity as Mayor of the City of Asheville,<br><br>Defendants. | Civil Action No. 1:23-cv-00259-MR-WCM<br><br>**CONSENT DECREE** |

## BACKGROUND

1. Plaintiffs John P. Miall, Jr., Robyn Hite, David Shaw, Willa Grant, and David Evans ("Plaintiffs"), filed a Second Amended Complaint ("Complaint") against Defendants City of Asheville, Debra Campbell, in her official capacity as City Manager of the City of Asheville, and Esther Manheimer, in her official capacity as Mayor of the City of Asheville ("Defendants"), in the United States District Court for the Western District of North Carolina, Asheville Division (Case No. 1:23-cv-00259) (the "Action").

2. The Complaint alleges that Defendants have discriminated and will discriminate against applicants, including Plaintiffs, to the Human Relations Commission of Asheville ("HRCA" or "Commission") on the basis of race in considering them for appointment to the HRCA, as set forth in Asheville Ordinance Sec. 2-185.25(b)(2)(b.), in violation of the Fourteenth Amendment to the United States Constitution.

3. This Consent Decree is intended to constitute a complete and final settlement of Plaintiffs' claims.

## CONSENT DECREE

1. Defendants shall amend Asheville Ordinance Sec. 2-185.25 and eliminate section (b)(2)(b) by August 26, 2025.

2. Defendants will administer Asheville Ordinance Sec. 2-185.25 without regard to the race, ethnicity, color, or national origin of any applicant for appointment to the HRCA.

3. Defendants shall state on the HRCA website and any website informing about vacant positions on the HRCA that appointment to the HRCA is not restricted to individuals of any particular race, ethnicity, color, or national origin, nor do Defendants consider such traits in making appointments to the HRCA.

4. Nothing in this Consent Decree precludes Plaintiffs from pursuing an action related to any future appointments by Defendants to any board, commission, or committee for the City of Asheville.

5. Nothing in this Consent Decree precludes Defendants from implementing eligibility and appointment criteria for any board, commission, or committee for the City of Asheville that complies with the Fourteenth Amendment as construed by the courts.

6. This Consent Decree may be executed in two or more counterparts, each of which will be an original and all of which shall be part of this Consent Decree.

7. The Parties will jointly submit this Proposed Consent Decree for the Court's approval, and it will become an Order of the Court on the date it is approved.

8. Within seven (7) days of the date that this Consent Decree becomes an Order of the Court, Plaintiffs shall prepare and transmit to Defendants a stipulation and proposed order of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii).

DATED: August 22, 2025.

FOR THE PLAINTIFFS:

_____
John P. Miall, Jr.

_____
Robyn Hite

_____
David Shaw

_____
Willa Grant

_____
David Evans

Approved as to form:

/s/ Andrew R. Quinio
Andrew R. Quinio*
Cal. Bar. No. 288101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
AQuinio@pacificlegal.org

Laura M. D'Agostino*
Virginia Bar No. 91556
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
LDagostino@pacificlegal.org

Ruth C. Smith
N.C. Bar No. 26754
The Elmore and Smith Law Firm, P.C.
79 Woodfin Place, Suite 103
Asheville, NC 28801
Tel.: (828) 367-7998
Fax: (828) 367-7991
ruth@mywncattorney.com
*Counsel for Plaintiffs*
*Pro Hac Vice*

FOR THE DEFENDANTS:

_____
Representative for the City of Asheville,
Mayor and City Manager

Approved as to form:

/s/ Patrick H. Flanagan
Patrick H. Flanagan
Kayla N. McDaniel
P.O. Box 30787
Charlotte, NC 28230
phf@cshlaw.com
kmcdaniel@cshlaw.com

Eric P. Edgerton
City of Asheville
7 Carraway Street
Woodfin, NC 28804
eedgerton@ashevillenc.gov
*Counsel for Defendants*

DATED: _____, 2025.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| _____ | _/s/ signature_____ |
| John P. Miall, Jr. | Representative for the City of Asheville, Mayor and City Manager |
| | |
| _____ | |
| Robyn Hite | |
| | |
| _____ | |
| David Shaw | |
| | |
| _____ | |
| Willa Grant | |
| | |
| _____ | |
| David Evans | |

| Approved as to form: | Approved as to form: |
|---|---|
| /s/ Andrew R. Quinio | /s/ Patrick H. Flanagan |
| Andrew R. Quinio* | Patrick H. Flanagan |
| Cal. Bar. No. 288101 | Kayla N. McDaniel |
| Pacific Legal Foundation | P.O. Box 30787 |
| 555 Capitol Mall, Suite 1290 | Charlotte, NC 28230 |
| Sacramento, CA 95814 | phf@cshlaw.com |
| Tel.: (916) 419-7111 | kmcdaniel@cshlaw.com |
| Fax: (916) 419-7747 | |
| AQuinio@pacificlegal.org | Eric P. Edgerton |
| | City of Asheville |
| Laura M. D'Agostino* | 7 Carraway Street |
| Virginia Bar No. 91556 | Woodfin, NC 28804 |
| Pacific Legal Foundation | eedgerton@ashevillenc.gov |
| 3100 Clarendon Blvd., Suite 1000 | *Counsel for Defendants* |
| Arlington, VA 22201 | |
| Tel.: (202) 888-6881 | |
| Fax: (916) 419-7747 | |
| LDagostino@pacificlegal.org | |

Ruth C. Smith
N.C. Bar No. 26754
The Elmore and Smith Law Firm, P.C.
79 Woodfin Place, Suite 103
Asheville, NC 28801
Tel.: (828) 367-7998
Fax: (828) 367-7991
ruth@mywncattorney.com
*Counsel for Plaintiffs*
*Pro Hac Vice*

3

DATED: _____, 2025.

FOR THE PLAINTIFFS:

*John P. Miall, Jr.*
John P. Miall, Jr.

_____
Robyn Hite

_____
David Shaw

_____
Willa Grant

_____
David Evans

Approved as to form:

/s/ Andrew R. Quinio
Andrew R. Quinio*
Cal. Bar. No. 288101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
AQuinio@pacificlegal.org

Laura M. D'Agostino*
Virginia Bar No. 91556
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
LDagostino@pacificlegal.org

Ruth C. Smith
N.C. Bar No. 26754
The Elmore and Smith Law Firm, P.C.
79 Woodfin Place, Suite 103
Asheville, NC 28801
Tel.: (828) 367-7998
Fax: (828) 367-7991
ruth@mywncattorney.com
*Counsel for Plaintiffs*
*Pro Hac Vice

FOR THE DEFENDANTS:

_____
Representative for the City of Asheville,
Mayor and City Manager

Approved as to form:

/s/ Patrick H. Flanagan
Patrick H. Flanagan
Kayla N. McDaniel
P.O. Box 30787
Charlotte, NC 28230
phf@cshlaw.com
kmcdaniel@cshlaw.com

Eric P. Edgerton
City of Asheville
7 Carraway Street
Woodfin, NC 28804
eedgerton@ashevillenc.gov
*Counsel for Defendants*

DATED: _____, 2025.

FOR THE PLAINTIFFS:

_____
John P. Miall, Jr.

_____
Robyn Hite

_____
David Shaw

_____
Willa Grant

_____
David Evans

Approved as to form:

/s/ Andrew R. Quinio
Andrew R. Quinio*
Cal. Bar. No. 288101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
AQuinio@pacificlegal.org

Laura M. D'Agostino*
Virginia Bar No. 91556
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
LDagostino@pacificlegal.org

Ruth C. Smith
N.C. Bar No. 26754
The Elmore and Smith Law Firm, P.C.
79 Woodfin Place, Suite 103
Asheville, NC 28801
Tel.: (828) 367-7998
Fax: (828) 367-7991
ruth@mywncattorney.com
*Counsel for Plaintiffs*
\*Pro Hac Vice

FOR THE DEFENDANTS:

_____
Representative for the City of Asheville,
Mayor and City Manager

Approved as to form:

/s/ Patrick H. Flanagan
Patrick H. Flanagan
Kayla N. McDaniel
P.O. Box 30787
Charlotte, NC 28230
phf@cshlaw.com
kmcdaniel@cshlaw.com

Eric P. Edgerton
City of Asheville
7 Carraway Street
Woodfin, NC 28804
eedgerton@ashevillenc.gov
*Counsel for Defendants*

3

DATED: _____, 2025.

FOR THE PLAINTIFFS:

_____
John P. Miall, Jr.

Robyn Hite
*David Shaw* (signature)
_____
David Shaw

_____
Willa Grant

_____
David Evans

Approved as to form:

/s/ Andrew R. Quinio
Andrew R. Quinio*
Cal. Bar. No. 288101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
AQuinio@pacificlegal.org

Laura M. D'Agostino*
Virginia Bar No. 91556
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
LDagostino@pacificlegal.org

Ruth C. Smith
N.C. Bar No. 26754
The Elmore and Smith Law Firm, P.C.
79 Woodfin Place, Suite 103
Asheville, NC 28801
Tel.: (828) 367-7998
Fax: (828) 367-7991
ruth@mywncattorney.com
*Counsel for Plaintiffs*
**Pro Hac Vice*

FOR THE DEFENDANTS:

_____
Representative for the City of Asheville,
Mayor and City Manager

Approved as to form:

/s/ Patrick H. Flanagan
Patrick H. Flanagan
Kayla N. McDaniel
P.O. Box 30787
Charlotte, NC 28230
phf@cshlaw.com
kmcdaniel@cshlaw.com

Eric P. Edgerton
City of Asheville
7 Carraway Street
Woodfin, NC 28804
eedgerton@ashevillenc.gov
*Counsel for Defendants*

DATED: _____, 2025.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| _____ <br> John P. Miall, Jr. | _____ <br> Representative for the City of Asheville, Mayor and City Manager |
| _____ <br> Robyn Hite | |
| _____ <br> David Shaw | |
| Willa Grant <br> *[signature]* <br> _____ <br> David Evans | |

Approved as to form:

/s/ Andrew R. Quinio
Andrew R. Quinio*
Cal. Bar. No. 288101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
AQuinio@pacificlegal.org

Laura M. D'Agostino*
Virginia Bar No. 91556
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
LDagostino@pacificlegal.org

Ruth C. Smith
N.C. Bar No. 26754
The Elmore and Smith Law Firm, P.C.
79 Woodfin Place, Suite 103
Asheville, NC 28801
Tel.: (828) 367-7998
Fax: (828) 367-7991
ruth@mywncattorney.com
*Counsel for Plaintiffs*
*Pro Hac Vice

Approved as to form:

/s/ Patrick H. Flanagan
Patrick H. Flanagan
Kayla N. McDaniel
P.O. Box 30787
Charlotte, NC 28230
phf@cshlaw.com
kmcdaniel@cshlaw.com

Eric P. Edgerton
City of Asheville
7 Carraway Street
Woodfin, NC 28804
eedgerton@ashevillenc.gov
*Counsel for Defendants*

3

**IT IS SO ORDERED.**

Dated 9/2/2025

Honorable Martin Reidinger
Chief United States District Judge